### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
at Greenbelt

**Date: 10/28/14**

In re:   Case No.:   93–13416 PM     Chapter:   13

| | |
|---|---|
| Paul Simmons Sr.<br>Debtor(s) | Elizabeth Murphy Simmons |

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 34 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $4,597.15 Filed by Mary H. Plunkett . (Attachments: # 1 Affidavit/Exhibits # 2 Exhibits Cont. # 3 Proposed Order) (McKenna, Shannon) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 11/12/14.** |
| CURE: | File W–9 filled out by the Claimant |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements:** http://www.mdb.uscourts.gov/content/filing–requirements.
**Additional information for non–attorney filers:** http://www.mdb.uscourts.gov/content/after–filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna  301–344–3390

cc:   Debtor(s)
      Attorney for Debtor(s) – Richard B. Starkey
      Movant's Atty – Brian Dilks

Form defntc (11/2013)