United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 93-13416-pm
Paul Simmons                                                        Chapter 13
Elizabeth Murphy Simmons
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: smckenna          Page 1 of 1          Date Rcvd: Oct 28, 2014
                              Form ID: defntc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2014.
db/db         +Paul Simmons, Sr.,   Elizabeth Murphy Simmons,   6935 Halleck Street,
               District Heights, MD 20747-2319
aty           +Richard B. Starkey,   Andrews, Bongar, Starkey & Clagett, P.A.,   11705 Berry Rd., Ste. 202,
               Waldorf, MD 20603-5948
               Brian J. Dilks,   Dilks & Knopik,   35308 SE Center St.,   Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2014 at the address(es) listed below:
      Mark H. Friedman   mike@fmlaw.com
                                                                                                   TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 10/28/14**

In re:   Case No.:   93–13416 PM     Chapter:   13

| | |
|---|---|
| Paul Simmons Sr. | Elizabeth Murphy Simmons |
| Debtor(s) | |

# DEFICIENCY NOTICE

DOCUMENT:   34 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $4,597.15 Filed by Mary H. Plunkett . (Attachments: # 1 Affidavit/Exhibits # 2 Exhibits Cont. # 3 Proposed Order) (McKenna, Shannon)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 11/12/14.**

CURE:   File W–9 filled out by the Claimant

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna  301–344–3390

cc:   Debtor(s)
   Attorney for Debtor(s) – Richard B. Starkey
   Movant's Atty – Brian Dilks

Form defntc (11/2013)