**SO ORDERED**



_Paul Mannes_

**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   93–13416 – PM      Chapter:   13

Paul Simmons Sr.
6935 Halleck Street
District Heights, MD 20747

Elizabeth Murphy Simmons
6935 Halleck Street
District Heights, MD 20747

Deficient Pleading No. – 34

Motion for Unclaimed Funds

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Richard B. Starkey, Richard B. Starkey
      Interested Party – Mary Plunkett, Brian Dilks

### End of Order

14.1 (02/02/2006) – *smckenna*